IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARIAN TIPP, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No. 24-00251-KD-C |
| | ) |
| JPMC SPECIALTY MORTGAGE, LLC, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

In Tipp v. JPMC Specialty Mortgage, LLC, et al, Civil Action No. 20-00317-TFM-N (doc. 76) (S.D. Ala. Mar. 28, 2022), judgment was entered in favor of Defendants on res judicata grounds and Marian Tipp was enjoined as follows:

> Marian S.A. Tipp shall not file any law suits related to the 2009 foreclosure of the property at 11101 Ben Hamilton Road, Grand Bay, Alabama, and the litigation it generated, without obtaining prior leave of this Court. This limitation shall extend beyond these Defendants to any of their affiliates and apply to suits filed in either state or federal court. In order to acquire leave of Court, Tipp must file a petition demonstrating that (1) the suit to be filed is not barred by res judicata; and (2) the court has subject-matter jurisdiction. These restrictions do not apply to any further filings in this suit or an appeal from this case. This injunction does not apply to an appeal from this case.

(Id.).

The decision was affirmed on appeal. Tipp v. JPMC Specialty Mortgage, LLC, et al., 2023 WL 8369968 (11th Cir. 2023) ("We affirm (1) the district court's order granting summary judgment in favor of JPMC on res judicata grounds and (2) the imposition of a pre-filing injunction against Ms. Tipp.").

As required by the injunction, Tipp must obtain prior leave of Court to file any lawsuits related to the 2009 foreclosure of the property at 11101 Ben Hamilton Road in Grand Bay,

Alabama. She has now filed a Petition to File Verified Declaratory Judgment Action/Quiet Title Action against Defendant JPMC Specialty Mortgage, Inc. (doc. 3). Tipp also filed her complaint to "recover possession of property" at the property at 11101 Ben Hamilton Road in Grand Bay, Alabama which was foreclosed in 2009 (doc. 1).

In her Petition, Tipp attempts to show that this action is not barred by res judicata and that this Court has subject matter jurisdiction (doc. 3). Under Alabama law, "the 'elements of res judicata are (1) a prior judgment on the merits, (2) rendered by a court of competent jurisdiction, (3) with substantial identity of the parties, and (4) with the same cause of action presented in both actions.'" Tipp, 2023 WL 8369968, at *2 (citations omitted). "If all four elements are met, 'then any claim that was, *or that could have been*, adjudicated in the prior action is barred from further litigation.'" Id. (emphasis in original).

Tipp has not met her burden. The elements for application of res judicata are met. Prior judgments on the merits have been entered by courts of competent jurisdiction. See Tipp v. JPMC Specialty Mortgage, LLC, et al, Civil Action No. 20-00317-TFM-N (doc. 68) (S.D. Ala. Jan. 3, 2022; report and recommendation adopted (doc. 76)). The parties in this action are identical to those in the prior actions albeit with some additional defendants named in the state court actions (Id.).

With respect to the causes of action presented in this action, "[r]es judicata applies not only to the exact legal theories advanced in the prior case, but to all legal theories and claims arising out of the same nucleus of operative facts." Wesch v. Folsom, 6 F.3d 1465, 1471 (11th Cir. 1993) (citation omitted). Here, as in the prior actions, all claims arise out of the 2009 foreclosure of 11101 Ben Hamilton Road (doc. 1).

Upon consideration, Tipp has failed to show that this action is not barred by res judicata. Accordingly, Tipp's Petition (doc. 3) is DENIED and leave of court is DENIED. Because Tipp has not obtained leave of court as required by the injunction, the Clerk is directed to close this action.

**DONE** and **ORDERED** this 30th day of July 2024.

> s / Kristi K. DuBose
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**